GEORGE A. RILEY (S.B. #118304) griley@omm.com
JOHN C. KAPPOS (S.B. #171977) jkappos@omm.com
GEORGE C. YU (S.B. #193881) gyu@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff
Fluidigm Corp.

E-filing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CV 11 3227 MEJ

| | |
|---|---|
| FLUIDIGM CORP., | Case No. |
| Plaintiff, | **PLAINTIFF FLUIDIGM CORPORATION'S CIVIL L.R. 3-16 DISCLOSURE STATEMENT** |
| v. | |
| LIFE TECHNOLOGIES CORP. and APPLIED BIOSYSTEMS, LLC, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities, other than the parties themselves, are known by Fluidigm Corporation (i) to have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) to have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

| | | |
|---|---|---|
| 1 | Dated: June 29, 2011 | GEORGE A. RILEY |
| 2 | | JOHN C. KAPPOS |
| | | GEORGE C. YU |
| 3 | | O'MELVENY & MYERS LLP |
| 4 | | |
| 5 | | By: _____ |
| | | George A. Riley |
| 6 | | Attorneys for Plaintiff |
| | | Fluidigm Corp. |

- 2 -                                              CIVIL L.R. 3-16 DISCLOSURE