| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. #118304) griley@omm.com |
| | JOHN C. KAPPOS (S.B. #171977) jkappos@omm.com |
| 2 | GEORGE C. YU (S.B. #193881) gyu@omm.com |
| | O'MELVENY & MYERS LLP |
| 3 | Two Embarcadero Center, 28th Floor |
| | San Francisco, CA 94111-3823 |
| 4 | Telephone: (415) 984-8700 |
| | Facsimile: (415) 984-8701 |
| 5 | |
| 6 | Attorneys for Plaintiff Fluidigm Corp. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUIDIGM CORP., | Case No. 3:11-cv-03227-MEJ |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| LIFE TECHNOLOGIES CORP. and APPLIED BIOSYSTEMS, LLC, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Fluidigm Corp. hereby voluntarily dismisses without prejudice its complaint against defendants Life Technologies Corp. and Applied Biosystems, LLC, in the above identified Action.

The Parties shall pay their own attorneys' fees and costs.

| | | |
|---|---|---|
| Dated: July 1, 2011 | | GEORGE A. RILEY<br>JOHN C. KAPPOS<br>GEORGE C. YU<br>O'MELVENY & MYERS LLP |
| | | By: */s/ John C. Kappos*<br>　　　John C. Kappos<br>　　　Attorneys for Plaintiff<br>　　　Fluidigm Corp. |

- 2 -　　NOTICE OF VOLUNTARY DISMISSAL